# F.H. Cann & Associates, Inc.

1600 Osgood St. Suite 20-2/120 • North Andover, MA 01845
Telephone (877) 750-9807

Office Hours:
Mon - Thurs 8 A.M. - 8 P.M.
Fri 8 A.M. - 5 P.M.

July 11, 2016

Re: Santander Bank, N.A., formerly Sovereign Bank, N.A.
Total Balance: $856.64
*See Page 2 for Account Details*

OURIEL EZRA

Dear OURIEL EZRA,

We have been asked to contact you to discuss resolution of your overdue account with Santander Bank, N.A., formerly Sovereign Bank, N.A.

According to our client's records, full payment of your account is long overdue. Please take care of this obligation by remitting the balance in full to this office.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please contact our office at the address or telephone number above to resolve this matter.

Sincerely,

Tim Roncole
Collection Supervisor

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

*****PLEASE SEE IMPORTANT NOTICES ON THE BACK OF THIS LETTER*****

Make your check or money order payable to F.H. Cann & Associates, Inc.
and send to the address below using the enclosed envelope

DO NOT SEND CHECKS OR CORRESPONDENCE TO: Linden MI 48451-0505

*** Please detach the lower portion and return with your payment ***

Y1B8FB5523

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

July 11, 2016



IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.
MasterCard    VISA    AMERICAN EXPRESS

| CARD NUMBER | EXP. DATE |
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

Re: Santander Bank, N.A., formerly Sovereign Bank, N.A.
Total Balance: $856.64
FHC Reference#

0008120024020934905711204264777—Y1B8FB5523 4101

IDSOVNY - 4101
OURIEL EZRA

F.H. Cann & Associates, Inc.
1600 Osgood St.  Suite 20-2\120
North Andover MA 01845

Account Detail

| FHC# | Client Ref # | Principal | Interest | Costs | Total Balance |
|---|---|---|---|---|---|
| ████31 | ████2540 | 856.64 | 0.00 | 0.00 | 856.64 |

12345678-004101-02-1-AA

Y1B8FB5523